IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DIVISION

| | | |
|---|---|---|
| MARLA JEANNE ECKERT, LOAN STAR FAST FUNDING, LLC,<br>*Plaintiffs*<br><br>-vs-<br><br>SPECIALIZED LOAN SERVICING, LLC,<br>*Defendant* | §§§§§§§§§§ | SA-23-CV-01405-XR |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiffs Marla Jeanne Eckert and Loan Star Fast Funding, LLC shall take nothing by their claims against Defendant Specialized Loan Serving, LLC, and Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

**SIGNED** this 5th day of March, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE